**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

RONALD OMAR GUIDIEL, et al.

    Plaintiffs,

v.

MELBEN, INC.

    Defendant.

Case No. 16-cv-01004-GMH

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against Defendant *with prejudice*, each party to bear its own costs.

Date: December 9, 2016

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
Law Office of Justin Zelikovitz, PLLC
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*

/s/James T. Zelloe, Esq.
James T. Zelloe, #395126
STAHLZELLOE, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
Phone: (703) 691-4940
Fax: (703) 691-4942
J.zelloe@Stahlzelloe.com

*Counsel for Defendant*